# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MICHELE HILL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-2197-S-BK |
| | § | |
| SOUTHERN METHODIST UNIVERSITY | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the extent that it recommends that the Court grant Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 20].

However, based on the information provided in the Brief in Support of Plaintiff's Specific Objections [ECF No. 33], the Court will not dismiss Plaintiff's claims with prejudice at this time. Instead, Plaintiff may seek leave to file an amended complaint by **November 23, 2026**. If a motion for leave to file, with the proposed amended complaint attached, is not filed by this date, Plaintiff's claims will be dismissed with prejudice.

**SO ORDERED.**

SIGNED November 6, 2026.

[signature]

**UNITED STATES DISTRICT JUDGE**